JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA ITV (HONG KONG) LIMITED dba MITCHELL MADISON GROUP, a Hong Kong corporation,<br><br>                  Plaintiff,<br><br>    v.<br><br>DELUXE ENTERTAINMENT SERVICES GROUP INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                  Defendants. | Case No. 12-cv-10705 MWF (MRWx)<br><br>The Honorable Michael W. Fitzgerald<br><br>**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

\* \* \*

On April 26, 2013, the parties in the above-captioned case stipulated to the dismissal with prejudice of all claims by China ITV (Hong Kong) Limited dba Mitchell Madison Group.  Pursuant to the stipulation of the parties, the Court hereby orders as follows:

*China ITV (Hong Kong) Limited dba Mitchell Madison Group v. Deluxe Entertainment Services Group Inc.,* Case No. 12-cv-10705 MWF (MRWx), is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

DATED: April 29, 2013         By: _____
                                                  The Honorable Michael W. Fitzgerald
                                                  United States District Judge